UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bishop Wayne Felton, *individually*,

Plaintiff,

v.

De'Mario Jives, *individually*, and DeMajio Media LLC,

Defendants.

File No. 26-cv-03013 (ECT/EMB)

**ORDER**

---

On September 3, 2026, Plaintiff Bishop Wayne Felton filed a Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). ECF No. 13. Federal Rule of Civil Procedure 41(a)(2) permits a court to dismiss an action by court order "at the plaintiff's request . . . on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "When deciding whether to grant a [Rule 41(a)(2)] motion for voluntary dismissal, the district court should consider . . . whether the party has presented a proper explanation for its desire to dismiss; whether a dismissal would result in a waste of judicial time and effort; and whether a dismissal will prejudice [a party]." *Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017) (second alteration in original) (internal quotation marks and citations omitted). Here, Plaintiff Felton seeks dismissal because Defendant Jives has pending bankruptcy proceedings in Florida. ECF No. 13 at 1. Plaintiff seeks dismissal without prejudice "to avoid unnecessary procedural and jurisdictional issues concerning the effect of the bankruptcy proceeding upon the claims asserted in this action." *Id.* A

dismissal for this reason is proper. Fed. R. Civ. P. 41(a)(2). Dismissal here does not waste judicial time and effort, nor does it prejudice a party. *See Blaes*, 858 F.3d at 512.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. Plaintiff's Motion for Voluntary Dismissal is **GRANTED**; and

2. This action is **DISMISSED** without prejudice.

Dated: September 4, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court